EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 15 2003

at _____ o'clock and _____ min. ___M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00507 SOM |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. §922(g)(1); |
| ) | 18 U.S.C. §922(g)(9); and |
| CALVIN KALAI JONES, ) | 18 U.S.C. §924(a)(2)] |
| ) | |
| Defendant. ) | |
| _____ ) | |

INDICTMENT

COUNT 1

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2)]

The Grand Jury charges:

On or about September 29, 2003, in the District of
Hawaii, defendant, CALVIN KALAI JONES, having been convicted of a
crime punishable by imprisonment for a term exceeding one year,
did knowingly possess in and affecting commerce, a firearm, to

wit, a Sterling .22 caliber semiautomatic pistol, serial number A79397.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about September 29, 2003, in the District of Hawaii, defendant, CALVIN KALAI JONES, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit, three rounds of Winchester .22 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

[18 U.S.C. §922(g)(9); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about September 29, 2003, in the District of Hawaii, defendant, CALVIN KALAI JONES, having been convicted in any court of a misdemenor crime of domestic violence, did knowingly possess in and affecting commerce, a firearm, to wit, a Sterling .22 caliber semiautomatic pistol, serial number A79397.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

2

## COUNT 4

[18 U.S.C. §922(g)(9); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about September 29, 2003, in the District of Hawaii, defendant, CALVIN KALAI JONES, having been convicted in any court of a misdemenor crime of domestic violence, did knowingly possess in and affecting commerce, ammunition, to wit, three rounds of .22 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: October 15, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes Section

EDRIC M. CHING
Assistant United States Attorney

U.S.A. v. Calvin Kalai Jones
Cr. No. _____
"Indictment"

3