AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

796340

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00507SOM |

CALVIN KALAI JONES

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CALVIN KALAI JONES and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 22 2006

at 4 o'clock and 05 min. PM
SUE BEITIA, CLERK

RECEIVED
2006 FEB 22 AM 9:08
U.S. MARSHALS SERVICE
HONOLULU, HI

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | February 17, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL     By: Susan O. Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI . | | |
| Date Received 2-22-06 | NAME AND TITLE OF ARRESTING OFFICER RUSSELL NAKAGATO DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 3-21-06 | | |