AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL    SEALED
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00507SOM-01 |
| CALVIN KALAI JONES | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 02 2008

at 3 o'clock and 55 min. PM
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CALVIN KALAI JONES and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violations of Supervised Release

RECEIVED 2008 JUL -2 PM 12: 55 U.S. MARSHALS SERVICE HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | JULY 2, 2008 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at  NO BAIL    By: Susan Oki Mollway, United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Honolulu, HI.

| Date Received 7/2/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 7/2/08 | Ho Arthur OK/DUSM | |