# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00507SOM |
| CASE NAME: | USA vs. Calvin Kalai Jones |
| ATTYS FOR PLA: | Lorettta Sheehan<br>Frank Condello (USPO) |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/7/2008 | TIME: | 11:15 - 11:45 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Calvin Kalai Jones present and in custody.

Defendant admits to violation nos. 1, 2, 3, 4, 5, 6 (in part); and denies violation no. 7.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 14 Months as to Counts 1 through 4, with all terms to run concurrently.

No further supervised release imposed.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.