ORIGINAL

AO 245D    (Rev. 12/03)  Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

JUL 08 2008

at 3 o'clock and 35 min. P M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

**CALVIN KALAI JONES**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Criminal Number:    **1:03CR00507-001**
USM Number:    95005-022

Alexander Silvert AFPD
Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of conditions  _General Condition; Standard Condition Nos. 6 and 7; and Special Condition No. 1_  of the term of supervision.

[ ]    was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    1574

Defendant's Residence Address:
**Honolulu, Hawaii 96826**

Defendant's Mailing Address:
**Honolulu, Hawaii 96826**

JULY 7, 2008
Date of Imposition of Sentence

Signature of Judicial Officer

SUSAN OKI MOLLWAY, United States District Judge
Name & Title of Judicial Officer

JUL 0 8 2008

Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00507-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | CALVIN KALAI JONES | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject's urine specimen taken as part of the treatment regimen submitted tested positive for methamphetamine | 8/20/07 |
| 2 | Subject's urine specimen submitted tested positive for cocaine | 6/25/08 |
| 3 | Subject failed to refrain from the possession and/or use of alcohol while in substance abuse treatment when he consumed alcohol | 8/20/07 6/23/08 6/25/08 |
| 4 | Subject failed to attend substance abuse counseling | 9/5/07 10/11/07 |
| 5 | Subject failed to comply with drug testing | 3/9/08 6/1/08 |
| 6 | Subject failed to notify the Probation Officer of his change of employment | June 2008 |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:      1:03CR00507-001                                    Judgment - Page 3 of 3
DEFENDANT:        CALVIN KALAI JONES

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: FOURTEEN (14) MONTHS

This term consists of FOURTEEN (14) MONTHS as to Counts 1 through 4, with all terms to run concurrently.

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal